JOHN F. McINTYRE, Respondent, v. GERARD N. WHITNEY et al., Doing Business under the Firm Name of WHITNEY & KITCHEN, et al., Appellants.

*McIntyre* v. *Whitney*, 139 App. Div. 557, affirmed.
(Argued January 25, 1911; decided February 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action for conversion of certain shares of stock.

*Daniel Burke, Harold G. Aron, Henry F. Wolff, Joseph G. Deane* and *Harold J. Roig* for appellants.

*Thomas F. Gilroy, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.

---

THOMAS A'HEARN, Appellant, v. HENRIETTA H. WATSON et al., as Administratrices of the Estate of ANN R. HOWARD, Deceased, Respondents.

*A'Hearn* v. *Watson*, 139 App. Div. 900, affirmed.
(Argued January 26, 1911; decided February 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1910, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover a claim against a decedent's estate.

*Arthur Furbur* and *Sol. De Young* for appellant.

*Rastus S. Ransom* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.